```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10910
   NATE PIERSON JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7457


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/19/2007 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was converted to chapter 7 after confirmation 09/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
BOWMAN HEINTZ BOSCIA & M  NOTICE ONLY   NOT FILED            .00            .00
CITY OF CHICAGO PARKING   FILED LATE         .00             .00            .00
COMMONWEALTH EDISON       UNSECURED     NOT FILED            .00            .00
EXELON BUSINESS SERV      NOTICE ONLY   NOT FILED            .00            .00
MUNICIPAL COLLECTION SER  UNSECURED       150.00             .00            .00
BOWMAN HEINTZ BOSCIA & M  UNSECURED     14236.57             .00         782.01
GREAT AMERICAN FINANCE    SECURED         799.52           25.61         299.29
HOMEQ SERVICING           CURRENT MORTG     .00              .00            .00
MUNICIPAL COLLECTION SER  NOTICE ONLY   NOT FILED            .00            .00
IRA T NEVEL               NOTICE ONLY   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY   NOT FILED            .00            .00
WELLS FARGO BANK          NOTICE ONLY   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED      1079.66             .00          59.31
CITY OF CHICAGO WATER DE  SECURED         326.48           10.05          79.53
HOMEQ SERVICING           MORTGAGE ARRE   356.70             .00         356.70
WELLS FARGO BANK OF MINN  NOTICE ONLY   NOT FILED            .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY   NOT FILED            .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY   NOT FILED            .00            .00
DIRECT TV                 UNSECURED     NOT FILED            .00            .00
ALLIED INTERSTATE         NOTICE ONLY   NOT FILED            .00            .00
CBE GROUP                 NOTICE ONLY   NOT FILED            .00            .00
GMAC                      NOTICE ONLY   NOT FILED            .00            .00
HARTGROVE HOSPITAL        UNSECURED     NOT FILED            .00            .00
CBCS                      NOTICE ONLY   NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED      2313.42             .00         127.08
UNIFUND CCR PARTNERS      NOTICE ONLY   NOT FILED            .00            .00
WEST SUBURBAN MEDICAL CE  UNSECURED     NOT FILED            .00            .00
REVENUE PRODUCTION MANAG  NOTICE ONLY   NOT FILED            .00            .00
RPM                       NOTICE ONLY   NOT FILED            .00            .00
MIRANDA WINFIELD          UNSECURED     NOT FILED            .00            .00
SPIRES DEANNA             FILED LATE     1630.00             .00            .00
LEGAL ASSISTANCE FOUNDAT  DEBTOR ATTY       .00                             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 10910 NATE PIERSON JR
```

```
TOM VAUGHN                    TRUSTEE                                    140.67
DEBTOR REFUND                 REFUND                                      19.75

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,900.00

PRIORITY                                                   .00
SECURED                                                 735.52
    INTEREST                                             35.66
UNSECURED                                               968.40
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                    140.67
DEBTOR REFUND                                            19.75
                          ---------------      ---------------
TOTALS                     1,900.00                   1,900.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE